No. 362. SHORT *v.* BOARD OF THE SCHOOL DISTRICT OF UPPER MORELAND TOWNSHIP ET AL. Jurisdictional statement submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Alward* v. *Johnson*, 282 U. S. 509, 514; *Tirrell* v. *Johnston*, 293 U. S. 533; *Willcuts* v. *Bunn*, 282 U. S. 216, 225–226; *Fox Film Corp.* v. *Doyal*, 286 U, S. 123, 128. *Mr. Wm. A. Schnader* for appellant. No appearance for appellees.

No. 363. LEVY *v.* IRVING TRUST CO., TRUSTEE. Motion to dismiss submitted September 10, 1935. Decided October 14, 1935. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). The petition for writ of certiorari is denied. *Mr. Jonas J. Shapiro* for appellant. *Mr. John Neville Boyle* for appellee.